# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ALBERS, et al., | Case No.: CV 12-7160 DSF (CWx) |
| Plaintiffs, | |
| vs. | PARTIAL JUDGMENT (RULE 54(b)) |
| UNILEVER UNITED STATES, INC., | |
| Defendant. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having found that misjoinder of certain plaintiffs had occurred,

IT IS ORDERED AND ADJUDGED that Michelle Albers, Connie Beckham, Dawn Buffington, Mandy Carlin, Erin Cooke, Lisa Corniel, Dori-Ann Cryts, Rose Dandaro, Angela Davis, Elsa Diaz, Brittany DiPinto, Rose Derdiarian, Kimberly Edmonson, Karen Elghezouani, Libby Estrada, Colleen Evola, Andrea Fleck, Vanessa Gola, Eva Hallman, Victoria Hamlin, Lisa Hurley, Nettie Jordan, Monica Kaufer, Lilla Keresztury, Leeann Ledlow, Alisa Mendoza, Emma Mendoza, Kim Meis, Ashley Menard, Lindsey Morehead, Taejari Morris, Brenda Nasalroad, Tarryn O'Neal, Lana Oswaldson, Danielle Panzarino, Travonda Peterson, Susan Rodey, Shay Rogers, Vickey Rothery, Lisa Schleffer, Aimee

Sheaffer, Tina Smithberger, Tasha Storing, Brenda Stout, Kelly Taylor, Yaffa Tompkins, Tana Werner, Georgia Williams, Barbara Wilson, and Gwen Yoney take nothing and that their claims be dismissed without prejudice.

Dated: 1/29/13

_____
Dale S. Fischer
United States District Judge